UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERACTIVE BROKERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>JACK DELAPORTE, DILLON SPRINGER, HELENA YOST, JASON MERRITT, JEFFREY ROSENTHAL, LISA ROSENTHAL, BRETT LEVE, DAVID SIMKINS, individually and as trustee of the DAVID SIMKINS GRANTOR TRUST and the LEON SIMKINS NON-EXEMPT TRUST FBO DAVID SIMKINS, BRUCE CLAY, MATTHEW CLAY, MICHELLE SIMKINS RUBELL, individually and as trustee of the MICHELLE SIMKINS RUBELL GRANTOR TRUST, TAYLOR SIMKINS, DRAMM, INC., and JODY LEVY<br><br>Defendants. | Case No. _____<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of David L. Goldberg in Support of Motion for a Preliminary Injunction, dated June 28, 2023, and the exhibits attached thereto, the Memorandum of Law in Support of Motion for a Preliminary Injunction, and all of the prior pleadings filed in this action, Plaintiff Interactive Brokers LLC ("IBKR") respectfully moves the Court, before the Honorable _____, at the United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 1506, New York, New York, 10007, at a date and time to be set by the Court, for a preliminary injunction pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, to enjoin Defendant Jack Delaporte, Dillon Springer, Helena Yost, Jason Merritt, Jeffrey Rosenthal, Lisa Rosenthal, Brett Leve, David Simkins, individually and as trustee of the David Simkins Grantor Trust and the Leon Simkins Non-Exempt Trust fbo David Simkins, Bruce Clay, Matthew Clay, Michelle Simkins Rubell, individually and as trustee of the Michelle

1

Simkins Rubell Grantor Trust, Taylor Simkins, Dramm, Inc., and Jody Levy ("Defendants") from arbitrating claims against IBKR before the Financial Industry Regulatory Authority.

Dated: June 28, 2023              KATTEN MUCHIN ROSENMAN LLP

                                   *s/ David L. Goldberg*

                                   David L. Goldberg
                                   50 Rockefeller Plaza
                                   New York, New York 10022
                                   Phone: (212) 940-8800
                                   Fax: (212) 940-8776
                                   david.goldberg@katten.com
                                   *Attorney for Interactive Brokers LLC*