UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | :| |
|---|---|---|
| INTERACTIVE BROKERS LLC, | : | Case No. 23-cv-05555 |
| | : | |
| Plaintiff, | : | Judge Naomi Reice Buchwald |
| | : | Magistrate Judge Ona T. Wang |
| v. | : | |
| | : | |
| DELAPORTE, et al, | : | **STIPULATION AND** ~~PROPOSED~~ |
| | : | **ORDER** |
| Defendants. | : | |
| | : | |

The parties hereto stipulate and agree that:

1. Defendants' time to file its opposition to Plaintiff Interactive Brokers LLC's ("IBKR") Motion for Preliminary Injunction (ECF Doc. 5) is adjourned to July 28, 2023;

2. Defendants waive all defenses relating to service of process;

3. Plaintiff shall file any reply papers by August 4, 2023; and

4. All deadlines in *Jack Delaporte, Dillon Springer, Helena Yost, Jason Merritt, Jeffrey Rosenthal, et al. vs. Interactive Brokers LLC*, Financial Industry Regulatory Authority ("FINRA") Case No. 23-01592 are stayed until either ten days after the court's ruling on the Motion for a Preliminary Injunction or until October 14, 2023, whichever comes first.

Dated: July 14, 2023

| | |
|---|---|
| __s/ David L. Goldberg__ | _____/s Adam Gana_____ |
| David L. Goldberg | Adam J. Gana and Adam J. Weinstein |
| KATTEN MUCHIN ROSENMAN LLP | GANA WEINSTEN LLP |
| 50 Rockefeller Plaza | 295 Madison Ave, Suite 705 |
| New York, New York 10020 | New York, New York 10017 |
| Phone: (212) 940–8800 | Tel: (212) 776-4252 |
| david.goldberg@katten.com | *Attorneys for Jack Delaporte,* |
| *Attorney for Interactive Brokers LLC* | *Dillon Springer, Helena Yost, Jason Merritt,* |

1

|  |  |
|---|---|
|  | *Michelle Simkins Rubell, individually and as trustee of the Michelle Simkins Rubell Grantor Trust* |
| _____/s Jonathan Kurta_____<br>Jonathan Kurta and Robert Van De Veire<br>KURTA LAW<br>295 Madison Avenue, Suite 705<br>New York, New York 10017<br>Tel: (212) 658-1502<br>*Attorneys for Jeffrey Rosenthal, Lisa Rosenthal, Brett Leve, Taylor Simkins, Bruce Clay, Matthew Clay, DRAMM, Inc., and Jody Levy* | ___/s Adolfo Anzola_____<br>Jeffrey Sonn and Adolfo Anzola<br>SONN LAW GROUP<br>19495 Biscayne Blvd., Suite 607<br>Aventura FL 33180<br>Tel: (305)912-3000<br>*Attorneys for David Simkins, individually and as trustee of the David Simkins Grantor Trust and the Leon Simkins Non–Exempt Trust fbo David Simkins* |

Dated: New York, New York
       July 17, 2023

SO ORDERED:

_____
Hon. Naomi Reice Buchwald
U.S. District Judge

2