UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERACTIVE BROKERS LLC,<br><br>   Plaintiff,<br><br>v.<br><br>DELAPORTE, et al,<br><br>   Defendants. | Case No. 23-cv-05555<br><br>Judge Naomi Reice Buchwald<br>Magistrate Judge Ona T. Wang<br><br>**STIPULATION AND PROPOSED ORDER** |

The parties hereto stipulate and agree that:

1. All deadlines in *Jack Delaporte, Dillon Springer, Helena Yost, Jason Merritt, Jeffrey Rosenthal, et al. vs. Interactive Brokers LLC*, Financial Industry Regulatory Authority ("FINRA") Case No. 23-01592 are stayed until either ten days after the court's ruling on the Motion for a Preliminary Injunction or until December 14, 2023, whichever comes first.

Dated: October 11, 2023

_s/ David L. Goldberg_
David L. Goldberg
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
Phone: (212) 940–8800
david.goldberg@katten.com
*Attorney for Interactive Brokers LLC*

_s/ Adam J. Gana_
Adam J. Gana and Adam J. Weinstein
GANA WEINSTEN LLP
295 Madison Ave, Suite 705
New York, New York 10017
Tel: (212) 776-4252
*Attorneys for Jack Delaporte, Dillon Springer, Helena Yost, Jason Merritt, Michelle Simkins Rubell, individually and as trustee of the Michelle Simkins Rubell Grantor Trust*

_s/ Jonathan Kurta_
Jonathan Kurta and Robert Van De Veire
KURTA LAW
295 Madison Avenue, Suite 705

_s/ Jeffrey Sonn_
Jeffrey Sonn and Adolfo Anzola
SONN LAW GROUP
19495 Biscayne Blvd., Suite 607

1

New York, New York 10017
Tel: (212) 658-1502
*Attorneys for Jeffrey Rosenthal, Lisa Rosenthal, Brett Leve, Taylor Simkins, Bruce Clay, Matthew Clay, DRAMM, Inc., and Jody Levy*

Aventura FL 33180
Tel: (305)912-3000
*Attorneys for David Simkins, individually and as trustee of the David Simkins Grantor Trust and the Leon Simkins Non–Exempt Trust fbo David Simkins*

SO ORDERED:

_____
Hon. Naomi Reice Buchwald, USDJ
10/12/23

2