UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| INTERACTIVE BROKERS LLC, | : | Case No. 23-cv-05555 |
| Plaintiff, | : : | Judge Naomi Reice Buchwald |
| v. | : : | Magistrate Judge Ona T. Wang |
| DELAPORTE, et al, | : : | **STIPULATION AND** ~~**PROPOSED**~~ |
| Defendants. | : : : | **ORDER GRANTING PERMANENT INJUNCTION AND DECLARATORY JUDGMENT** |

The parties hereto stipulate and agree that:

1. On October 13, 2023, the Court issued a Memorandum and Order granting Plaintiff Interactive Brokers LLC's ("IBKR") Motion for a Preliminary Injunction. D.E. 20.

2. Defendants consent to the entry of a permanent injunction and declaratory judgment enjoining Defendants from arbitrating the claims asserted in FINRA Case No. 23-01592 (the "Arbitration"), a form of which is attached hereto as **Exhibit 1**.

3. Defendants' consent to the entry of a permanent injunction enjoining Defendants from arbitrating the claims asserted in the Arbitration does not preclude or bear upon Defendants' right to bring claims in court.

4. The parties shall each bear their own attorneys' fees, costs and disbursements.

Dated: November 6, 2023

| | |
|---|---|
| *David L. Goldberg* (signature) | *Adam Gana* (signature) |
| 555F2B5538D64CD... | 69951DA8133C44C... |
| David L. Goldberg | Adam J. Gana and Adam J. Weinstein |
| KATTEN MUCHIN ROSENMAN LLP | GANA WEINSTEN LLP |
| 50 Rockefeller Plaza | 295 Madison Ave, Suite 705 |
| New York, New York 10020 | New York, New York 10017 |
| Phone: (212) 940–8800 | Tel: (212) 776-4252 |

1

david.goldberg@katten.com
*Attorney for Interactive Brokers LLC*

/s/ Jonathan Kurta

Jonathan Kurta and Robert Van De Veire
KURTA LAW
295 Madison Avenue, Suite 705
New York, New York 10017
Tel: (212) 658-1502
*Attorneys for Jeffrey Rosenthal,
Lisa Rosenthal, Brett Leve, Taylor Simkins,
Bruce Clay, Matthew Clay, DRAMM, Inc.,
and Jody Levy*

*Attorneys for Jack Delaporte,
Dillon Springer, Helena Yost, Jason Merritt,
Michelle Simkins Rubell, individually and as
trustee of the Michelle Simkins Rubell
Grantor Trust*

/s/ Jeffrey Sonn

Jeffrey Sonn and Adolfo Anzola
SONN LAW GROUP
19495 Biscayne Blvd., Suite 607
Aventura FL 33180
Tel: (305)912-3000
*Attorneys for David Simkins, individually and
as trustee of the David Simkins Grantor Trust
and the Leon Simkins Non–Exempt Trust fbo
David Simkins*

SO ORDERED:

/s/ Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: November 21, 2023
       New York, New York

2