UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| INTERACTIVE BROKERS LLC, | : | Case No. 23-cv-05555 |
| | : | |
| Plaintiff, | : | Judge Naomi Reice Buchwald |
| | : | Magistrate Judge Ona T. Wang |
| v. | : | |
| | : | |
| DELAPORTE, et al, | : | [~~PROPOSED~~] **ORDER FOR ENTRY** |
| | : | **OF PERMANENT INJUNCTION** |
| Defendants. | : | **AND DECLARATORY JUDGMENT** |
| | : | |

      Having considered the submissions of Plaintiff Interactive Brokers LLC ("IBKR") and Defendants Jack Delaporte, Dillon Springer, Helena Yost, Jason Merritt, Jeffrey Rosenthal, Lisa Rosenthal, Brett Leve, David Simkins, individually and as trustee of the David Simkins Grantor Trust and the Leon Simkins Non-Exempt Trust fbo David Simkins, Bruce Clay, Matthew Clay, Michelle Simkins Rubell, individually and as trustee of the Michelle Simkins Rubell Grantor Trust, Taylor Simkins, Dramm, Inc., and Jody Levy ("Defendants") in connection with IBKR's request for a preliminary injunction and having also considered the parties' Stipulation and Proposed Order for Entry of Permanent Injunction and Declaratory Judgment, the Court renders the following Order granting a permanent injunction and granting declaratory judgment.

      1.    A permanent injunction is warranted for the reasons set forth in my Memorandum and Order granting IBKR's request for a preliminary injunction. D.E. 20.

      2.    As a result of the foregoing, IBKR's claims and requests for a permanent injunction and declaratory judgment are granted.

2

**SIGNED** this __21__ day of ___November_____, 2023

 

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE